UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE CLOUD,

        Plaintiff(s),

                                              Case No. 09-12604

vs.

                                              HON. GEORGE CARAM STEEH

SHERYL SPIGNER, ET AL,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 17, 2011 the parties of record advised the court that a settlement had been reached and there being no further communication to the court; therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

Dated: April 29, 2011

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
April 29, 2011 by electronic and/or ordinary mail.

                                              s/Marcia Beauchemin
                                              Deputy Clerk